JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITTNEY GLASS,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>BLOOMINGDALE'S INC., an Ohio Corporation; et al.<br><br>　　　　Defendants. | Case No.: CV13-02922 R (FFMx)<br><br>[Assigned for all purposes to the Hon. Manuel Real, Courtroom 8]<br><br>**STIPULATED ORDER TO ARBITRATE AND DISMISS PROCEEDINGS WITHOUT PREJUDICE** |

　　This Order is entered into by stipulation of the parties, Brittney Glass ("Plaintiff") and Defendant Bloomingdale's, Inc. ("Defendant"), by and through their counsel, with reference to the following:

　　WHEREAS, during the course of her employment with Defendant, Plaintiff entered into an agreement with Defendant pursuant to Defendant's Solutions InSTORE dispute resolution program to arbitrate all disputes arising out of or relating to Plaintiff's employment, or cessation of employment, with Defendant, including any and all claims by Plaintiff against employees of Defendant (hereinafter the "Arbitration Agreement");

1    WHEREAS, on March 11, 2013 Plaintiff filed a Complaint in Superior Court for the State of California, County of Los Angeles, which Defendant removed to this Court pursuant to 28 U.S.C §§ 1332, 1441(a) and (b), styled <u>Brittney Glass v. Bloomingdale's, Inc.</u>, Case No. CV 13-2922 R (FFMx), alleging race, national origin or ancestry discrimination under FEHA; failure to investigate; failure to take all reasonable steps to prevent discrimination; and retaliation (hereinafter the "Action");

WHEREAS, the claims alleged in the Action fall within the scope of the Arbitration Agreement;

IT IS HEREBY STIPULATED by and between Plaintiff and Defendant as follows:

1. The Action, in its entirety, shall be submitted to binding arbitration pursuant to the terms of the Arbitration Agreement;

2. Consistent with the Arbitration Agreement, Plaintiff shall initiate arbitration with the American Arbitration Association; and

3. This case is hereby DISMISSED *without prejudice* to either side moving to reopen the matter in this Court if the Arbitration does not conclusively resolve the matter.

**SO ORDERED:**

Dated:  May 9, 2013

         HONORABLE MANUEL L. REAL
         U.S. DISTRICT JUDGE